HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BIANCA FAUST, individually and as guardian of GARY C. FAUST, a minor, and BIANCA CELESTINE MELE,<br><br>Plaintiffs,<br><br>vs.<br><br>BELLINGHAM, WASHINGTON LODGE #493 LOYAL ORDER OF MOOSE, INC., JOHN DOES (1-10) (fictitious names of unknown Individuals and/or entities) and ABC CORPORATION (1-10) (fictitious names of unknown individuals and/or entities),<br><br>Defendants. | CIVIL ACTION NO. C01-1915R<br><br>DEFENDANT'S F.R.C.P 26(a) INITIAL DISCLOSURES |

Pursuant to FRCP 26(a) the defendant BELLINGHAM, WASHINGTON LODGE #493 LOYAL ORDER OF MOOSE, INC., provides the following disclosures:

A) Individuals currently known to defendant who are likely to have discoverable information:

1.  Chuck Melton, P.O. Box 5721, Bellingham, WA 98227 (H) (360) 734 3194 (W) 360 734-3360 (contact only through defense counsel).

Defendant's Initial Disclosures FRCP 26 - 1

3568/P/FRCP 26(a) Disclosures doc

KINGMAN, PEABODY, PIERSON & FITZHARRIS, P S
ATTORNEYS AT LAW
505 MADISON STREET, SUITE 300
SEATTLE, WASHINGTON 98104
(206) 622-1264

ORIGINAL

2    Alexis Chapman, 2535 East Hemmi Rd , Bellingham, WA (360) 966-7104 (contact only through defense counsel)

3    Mike J Green, 3867 Levitt St , Bellingham, WA 98226 (H) 360-734-8431 (W) 360-676-1165 (contact only through defense counsel)

4    Ray Anderson, P O Box 53, Ferndale, WA 98248 (360) 384-4568 (contact only through defense counsel)

5    John Herford, 3082 Northshore Rd , Bellingham, WA 98226 (360) 671-7834 or 7634

6    Jana Shaw, 1223 Paradise Road, Ferndale, WA 98248

7    Larry Rayburn, 7892 Wiser Lane, Lynden, WA 98264 (360) 354-2882

8    Frank Rose, 2415 H St , Bellingham, WA 98225 (360) 715-8149

9    John Leibrant, 2047 E Pole Road Bellingham, WA 98225 (360) 715-8149

10    Linda Kinkaid, 3111 Ferry Ave #C116, Bellingham, WA 98226

11    Ferndale Police Department, P O Box 1257, Ferndale WA 98248 (360) 384-3390

    a ) Det. M T Wetsch

    b ) Sgt Bauman

    c ) Officer Steven Gamage

    d ) Officer T Cain

    e ) Sgt Ashby

12    Washington State Patrol, 2700 116th Street NE, Marysville, WA 98271 (360) 658-2588

Defendant's Initial Disclosures FRCP 26 - 2
3568/P/FRCP 26(a) Disclosures doc

KINGMAN, PEABODY, PIERSON & FITZHARRIS, P S
ATTORNEYS AT LAW
505 MADISON STREET, SUITE 300
SEATTLE, WASHINGTON 98104
(206) 622-1264

        a ) Trooper J P Van Diest

        b ) Trooper Erin Wilson

13    Whatcom County Medical Examiner, Gary Goldfogel, M D

14    All health care providers to Hawkeye Kinkaid from St Joseph's Hospital in Bellingham WA   Exact identities currently unknown

B) Description of items in possession, that may support claims of defendant

1    Incident report prepared by the Ferndale Police Department (see attached)

2    Incident report prepared by the Washington State Patrol (see attached)

3    Whatcom County Medical Examiners Report (see attached)

4    St Joseph Hospital Medical records of Hawkeye Kinkaid (do not have possession of these records at this time)

5    Copy of Bellingham Moose Lodge membership log showing Mr Kinkaid as a member   (see attached)

6    Copy of payment receipt to Bellingham Moose Lodge by Hawkeye Kinkaid   (see attached)

7    Copy of dinner menu for April 2000 from the Bellingham Moose Lodge (see attached)

8    Death Certificate of Hawkeye Kinkaid  (See attached)

9    Documents related to protection orders by Alexis Chapman (see attached)

Defendant's Initial Disclosures FRCP 26 - 3
3568/P/FRCP 26(a) Disclosures doc

KINGMAN, PEABODY, PIERSON & FITZHARRIS, P S
ATTORNEYS AT LAW
505 MADISON STREET, SUITE 300
SEATTLE, WASHINGTON 98104
(206) 622-1264

1  C) N/A.

2  D) See document attached.

4  DATED this 22nd day of January, 2002.

KINGMAN PEABODY<br>
PIERSON & FITZHARRIS, P.S.<br><br>

_____<br>
William E. Fitzharris, Jr. WSBA #7122<br>
Derrick A. Isackson, WSBA # 23165<br>
Attorneys for Defendant Bellingham,<br>
Washington Lodge No.493, Loyal Order of<br>
Moose, Inc.

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this date I caused to be served in the manner indicated a copy of the following document(s) on:

- Defendant's F.R.C.P. 26(a) Initial Disclosures

| | |
|---|---|
| Mr. Michael Howard<br>Freise & Welchman<br>108 S. Washington Street, Suite 400<br>Seattle, WA 98104<br>(x) Mail | Mr. Paul Hirsh<br>Attorney at Law<br>4 Campus Drive #1s<br>P.O. Box 5534<br>Parsippany, NJ 07054<br>(x) Mail |

DATED this 22nd day of January, 2002.

_____
Cheryl L. Graham

Defendant's Initial Disclosures FRCP 26 - 4

3568/P/FRCP 26(a) Disclosures doc

KINGMAN, PEABODY, PIERSON & FITZHARRIS, P S
ATTORNEYS AT LAW
505 MADISON STREET, SUITE 300
SEATTLE, WASHINGTON 98104
(206) 622-1264