UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRESENT:   THE HONORABLE BARBARA JACOBS ROTHSTEIN
           UNITED STATES DISTRICT JUDGE

DATE:      February 10, 2003

| | |
|---|---|
| BIANCA FAUST, individually and as guardian of GARY C. FAUST, a minor, and BIANCA CELESTINE MELE,<br><br>         Plaintiffs,<br><br>   v.<br><br>BELLINGHAM, WASHINGTON LODGE #493 LOYAL ORDER OF MOOSE, INC., et al.,<br><br>         Defendants. | NO.   C01-1915R |

IN CHAMBERS PROCEEDINGS:

   The court held a status conference with the parties to discuss the discovery disputes at issue in this case. After conferring with counsel, the court, in light of the approaching trial date, declined to extend the time to designate additional experts. The court further ruled that any of plaintiffs' experts named after the November 20, 2002 deadline were barred from testifying at trial. While the discovery cut-off in this matter is February 10, 2003, counsel for defendants indicated that they may need to conduct limited discovery of plaintiffs' experts whose reports were late-in-coming.

   The court also instructed the parties to proceed with plans for mediation.

   Plaintiffs' motion to extend time to designate additional experts [doc. no. 49-1] is DENIED. Defendants' motion to exclude plaintiffs' witnesses [doc. nos. 53-2, 51-1] is GRANTED.

MINUTE ENTRY - February 10, 2003