FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB 21 2003    DJ

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

CV 01-01915 #00000064

Honorable Barbara Jacobs Rothstein

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BIANCA FAUST, individually and as guardian of GARY C FAUST, a minor, and BIANA CELESTINE MELE,<br><br>Plaintiffs,<br><br>vs<br><br>BELLINGHAM, WASHINGTON LODGE #493 LOYAL ORDER OF MOOSE, INC, JOHN DOES (1-10) (fictitious names of unknown individuals and/or entities and ABC CORPORATION (1-10) (fictitious names of unknown individuals and/or entities), | No. C01-1915R<br><br>**MOTION TO PERMIT THE SUBMISSION OF REPORTS BY FRED DELMARVA, HELEN WOODARD, M.A., DR. JOAN GOLD, DR. ELLEN SHAPIRO, DR. GARY GOLDFOGEL, DR. FRED CUSHNER, AND DR. MICHAEL GANNON**<br><br>**NOTE ON MOTION CALENDAR FOR: MARCH 7, 2003** |

Comes now the Plaintiffs, by and through their attorneys of record and request this Court to permit the submission of the reports on behalf of Gary C Faust of (1) Fred Del Marva, (2) Helen Woodard, (3) Dr Joan Gold, (4) Dr Ellen Shapiro, and (5) Dr. Gary Goldfogel, submitted after the initial discovery deadline of January 6, 2003, but before the extended discovery deadline of February 10, 2003, and whose names were timely given to defense counsel

MOTION TO PERMIT SUBMISSION OF REPORTS BY
FRED DELMARVA HELEN WOODARD M A ,
DR JOAN GOLD AND DR ELLEN SHAPIRO (C01-1915R)

1

FREISE & WELCHMAN
ATTORNEYS AT LAW
108 S WASHINGTON ST  SUITE 400
SEATTLE  WASHINGTON 98104 ♦ 206 587 6570
ERICF@FREISE WELCHMAN COM

**ORIGINAL**

Plaintiffs also seek permission to submit the reports of Dr Fred Cushner, treating doctor of Bianca Faust and Dr. Michael Gannon, treating doctor of Bianca Celestine Mele, who would be the only doctors to testify for these two plaintiffs, and to permit Dr Gary Goldfogel, pathologist to testify as to his opinion that he found during the autopsy of Hawyeke Kinkaid fatty degeneration of the liver which is compatible with high levels of ethanol consumption. This indicates that Mr Kinkaid consumed large concentrations of alcohol on a regular basis, as well as immediately prior to his demise

## II    ARGUMENT

Plaintiffs seek permission for the submission for the reports of Mr Fred DelMarva, Helen Woodard, M A , Dr Joan Gold, Dr Ellen Shapiro, Dr Fred Cushner and Dr Michael Gannon  Mr DelMarva is a dram shop expert, who is a certified TIPS trainer for the responsible service of alcohol  Helen Woodard is an expert in life care planning, rehabilitation counseling  and Dr Joan Gold and Dr Ellen Shapiro are treating physicians for Gary C Faust  The depositions of Fred DelMarva and Helen Woodard have been requested and are being scheduled

Dr Michael Gannon is the treating physician for Bianca Celestine Mele  He treated her at St Joseph's Hospital, Bellingham, Washington, and those records were submitted to defense counsel on or about January 25, 2003  Dr Fred Cushner, the treating physician for Bianca Faust, was named in plaintiffs' initial Disclosures

Since these will be done shortly, and since reports have been received by defense counsel, there will not be a delay in the trial

Plaintiff's also seek either to read to the jury or to permit Dr Gary Goldfogel the

MOTION TO PERMIT SUBMISSION OF REPORTS BY
FRED DELMARVA, HELEN WOODARD M A ,
DR JOAN GOLD AND DR ELLEN SHAPIRO (C01-1915R)

2

FREISE & WELCHMAN
ATTORNEYS AT LAW
108 S WASHINGTON ST  SUITE 400
SEATTLE  WASHINGTON 98104 ⬥ 206 587 6570
ERICF@FREISE WELCHMAN COM

pathologist who performed the autopsy on Hawkeye Kinkaid, to testify that the findings of his liver indicated that Mr. Kinkaid consumed large concentrations of alcohol on a regular basis. This is important since it corroborates the testimony of another fact witness who said that Mr. Kinkaid had been observed intoxicated at the Moose Lodge on several occasions and disputes the testimony of Moose Lodge member who said he drank very little.

It is respectfully submitted that these expert witnesses should be permitted to testify. Wendt v. Hast International, Inc., 125, F.3d 806 (9th Cir.1997).

## CONCLUSION

For the foregoing reasons, plaintiff respectfully requests that the motion to permit the submission of reports by Fred DelMarva and Helen Woodard, Dr. Joan Gold, Dr. Ellen Shapiro, Dr. Fred Cusher and Dr. Michael Gannon be granted

It is also respectfully requested that plaintiffs be permitted to have Dr. Gary Goldfogel testify at trial as to his findings during the autopsy concerning the liver and his opinion that Mr. Kinkaid consumed large concentrations of alcohol on a regular basis

DATED: February 21, 2003

FREISE & WELCHMAN

By _____
Peter Lawson
WSBA # 28886

Of Attorneys for Plaintiffs

PAUL J. HIRSH, P.C.

By _____
Paul J. Hirsh
Attorneys for Plaintiffs

MOTION TO PERMIT SUBMISSION OF REPORTS BY
FRED DELMARVA, HELEN WOODARD M.A.,
DR. JOAN GOLD AND DR. ELLEN SHAPIRO (C01-1915R)

3

FREISE & WELCHMAN
ATTORNEYS AT LAW
108 S WASHINGTON ST, SUITE 400
SEATTLE WASHINGTON 98104 (206) 587-6970
ERIC@FREISE-WELCHMAN.COM