UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRESENT:   THE HONORABLE BARBARA JACOBS ROTHSTEIN
           UNITED STATES DISTRICT JUDGE

DATE:      March 10, 2003

BIANCA FAUST, individually and as
guardian of GARY C. FAUST, a
minor, and BIANCA CELESTINE MELE,

              Plaintiffs,

      v.                                      NO.    C01-1915R

BELLINGHAM, WASHINGTON LODGE #493
LOYAL ORDER OF MOOSE, INC., et
al.,

              Defendants.

IN CHAMBERS PROCEEDINGS:

    The court hereby schedules a status conference in this matter
for March 12, 2003 at 9:30 a.m.

MINUTE ENTRY - March 10, 2003